**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| METRO SOUTH SENIOR APARTMENTS LIMITED PARTNERSHIP, BENEFICIAL COMMUNITIES, LLC, and SILTEK GROUP, INC., | Civil Case No. |
| Plaintiffs, | |
| v. | |
| TERRACON CONSULTANTS, INC., | |
| Defendant. | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Terracon Consultants, Inc. ("Terracon"), hereby removes the above-styled action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. In support of thereof, Terracon respectfully states as follows:

1. Metro South Senior Apartments Limited Partnership ("Metro LP"), Beneficial Communities, LLC ("Beneficial"), and Siltek Group, Inc. ("Siltek"), (collectively the "Plaintiffs"), commenced this action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 17-026219-CA-01, by filing a complaint against Terracon.

2. Terracon was served with a copy of Plaintiffs' complaint on January 18, 2019. This Notice of Removal has been filed within thirty days of that service.

3. Metro LP is a Florida limited partnership with its principal place of business located in the State of Florida.

4. Beneficial is a Florida limited liability company with its principal place of business located in the State of Florida.

5. Siltek is a Florida corporation with its principle place of business in the State of Florida.

6. Terracon is a Delaware corporation and with its principle place of business in the State of Kansas.

7. Federal original jurisdiction over this action exists on the grounds of diversity pursuant to 28 U.S.C.S. § 1332(a)(2), in that this action is between citizens of different states and the amount in controversy exceeds $75,000.

8. The United States District Court for the Southern District of Florida is the United States District Court for the state court where this action was commenced.

9. A copy of all process and pleadings served upon Terracon in this action is attached hereto as Exhibit "A".

10. Upon filing this Notice of Removal, Terracon will give written notice thereof to Plaintiffs and shall file a copy of it with the Clerk of Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

Dated: Boca Raton, Florida
      February 14, 2018       Respectfully Submitted,

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
*Attorneys for Defendant, Terracon Consultants, Inc.*
1900 NW Corporate Blvd., Suite 440 East
Boca Raton, Florida 33431
Telephone:    561-994-7310
Facsimile:     561-994-7313
Email:  bcalderon@milbermakris.com
Email:  gbaros@milbermakris.com

By: /s/ Grant Baros
    Bruce R. Calderon
    Florida Bar No. 50448
    Grant A. Baros, Jr.
    Florida Bar No. 59685

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been finished by regular U.S. Mail to counsel of record for the Plaintiffs, Oscar E. Soto, Esq., The Soto Law Group, P.A., 2400 E. Commercial Blvd, Ste. 400, Ft. Lauderdale, FL 33308, oscar@sotolawgroup.com, rebecca@sotolawgroup.com, this 14th day of February, 2018.

        MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
        *Attorneys for Defendant, Terracon Consultants, Inc.*
        1900 NW Corporate Blvd., Suite 440 East
        Boca Raton, Florida 33431
        Telephone:    561-994-7310
        Facsimile:    561-994-7313
        Email:  bcalderon@milbermakris.com
        Email:  gbaros@milbermakris.com

        By: /s/ Grant Baros
            Bruce R. Calderon
            Florida Bar No. 50448
            Grant A. Baros, Jr.