**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 1:18-cv-20582-KMW**

SILTEK GROUP, INC., a Florida corporation,
and SILTEK GROUP, INC., on behalf of and
as assignee of METRO SOUTH SENIOR
APARTMENTS LIMITED PARTNERSHIP,

    Plaintiff,

v.

TERRACON CONSULTANTS, INC., a
foreign corporation,

    Defendant.

**JOINT NOTICE OF SETTLEMENT**

COME NOW, Plaintiff, SILTEK GROUP, INC. ("Siltek"), individually, and as assignee of Metro South Senior Apartments Limited Partnership, and Defendant, TERRACON CONSULTANTS, INC. ("Terracon"), (collectively "Parties"), by and through their respective undersigned counsel, pursuant to Southern District of Florida Local Rule 16.4, file this Joint Notice of Settlement, and further state:

    1.    The Parties, having reached a compromise and settlement of all claims brought in the above styled case, file this Joint Notice of Settlement.

    2.    All pending motions are now moot.

    3.    The Parties are finalizing the terms of the Settlement Agreement.

    4.    Plaintiff will file its dismissal with prejudice, as provided under the terms of the Settlement Agreement, once the Parties have executed such Agreement.

5.     As provided under the terms of the Settlement Agreement and stipulated herein, each party shall bear its own attorney fees and costs.

Dated: April 22, 2019.

> Respectfully submitted,
>
> THE SOTO LAW GROUP
> *Attorneys for Plaintiff*
> Coastal Tower, Suite 400
> 2400 East Commercial Blvd.
> Fort Lauderdale, FL  33308
>
> By: s/ *Andrew V. Cobbe*
>     Andrew V. Cobbe, Esq.
>     Florida Bar No. 110028
>     Oscar E. Soto, Esq.
>     Florida Bar No.: 766038
>
> *and*
>
> MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
> *Attorneys for Defendant*
> 1900 NW Corporate Blvd., Suite 440 East
> Boca Raton, Florida 33431
>
> By: s/ *D. Bryan Hill, Jr.*
>     D. Bryan Hill, Jr., Esq.
>     Florida Bar No.: 113687
>     Bruce R. Calderon, Esq.
>     Florida Bar No.: 50448

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of April, 2019, the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system, which will generate notification to all counsel of record or pro se parties identified below, if any, thereby notifying all parties of record.

> By: s/ *Andrew V. Cobbe*
>     Andrew V. Cobbe, Esq.
>     Florida Bar No. 110028