**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 18-20582-CIV-WILLIAMS/TORRES

SILTEK GROUP, INC., a Florida Corporation
and SILTEK GROUP, INC., on behalf of and as
assignee of METRO SOUTH SENIOR
APARTMENTS LIMITED PARTNERSHIP,

    Plaintiffs,

v.

TERRACON CONSULTANTS, INC., a
foreign corporation,

    Defendant.

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, SILTEK GROUP, INC. ("SILTEK"), and Defendant, TERRACON CONSULTANTS, INC. ("TERRACON"), file this Joint Stipulation of Dismissal with Prejudice, and state as follows:

1. The Parties have reached a compromise and settlement of all claims brought in the above styled case.

2. Each Party shall bear its own attorney fees and costs.

Dated: May 13, 2019.                                Respectfully Submitted,

/s/ *Andrew V. Cobbe*                               /s/ *D. Bryan Hill, Jr.*
Andrew V. Cobbe, Esq.                               D. Bryan Hill, Jr., Esq.
Florida Bar No. 110028                              Florida Bar No. 113687
THE SOTO LAW GROUP                                  MILBER MAKRIS PLOUSADIS
*Attorneys for Plaintiff, Siltek Group, Inc.*       & SEIDEN, LLP
Coastal Tower, Suite 400                            *Attorneys for Defendant, Terracon*
2400 East Commercial Blvd.                          *Consultants, Inc.*
Fort Lauderdale, FL  33308                          1900 NW Corporate Blvd., Suite 440 East
andrew@sotolawgroup.com                             Boca Raton, FL  33431
                                                    dhill@milbermakris.com